UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRETCHEN FERRANTE                          JURY TRIAL DEMANDED

v.                                                    CASE NO.  3:12 cv

CRAWFORD ASSOCIATES, INC.
LINDA GEORGE

<u>COMPLAINT</u>

1.      This  is  an action pursuant  to  the  Fair  Debt Collection  Practices  Act ("FDCPA"), 15 U.S.C.  §1692  et  seq.

2.      This  Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.      Plaintiff is a natural person who resides in Branford Connecticut.

4.      The corporate Defendant is not licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.      Defendants have been an exclusive time share collection agency for some 20 years.

6.      Defendant George is the President and CEO of Crawford, and personally drafted or approved the form letter mailed to plaintiff dated May 9, 2012 in an effort to collect a past due amount for her interest in a vacation property at Summer Bay Resort in Florida.

7.      The letter violates the FDCPA by mandating that the consumer's dispute be in writing, contrary to §1692g(2)(3).

8.      The letter seeks to collect amounts not due or owing to the extent it includes costs of collections.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff  $1,000 statutory  damages under the FDCPA.

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
      123 Avon Street
      New Haven, CT 06511-2422
      (203) 772-0395
      faulknerlawoffice@snet.net